**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RICHARD W. WIEKING**              1301 CLAY STREET, SUITE 400S
     **CLERK**                            OAKLAND, CALIFORNIA 94612-5212

                                                                      (510) 637-3530

May 14, 2010

Litigation Coordinator
San Quentin State Prison
San Quentn, CA 94964

     Re: C-09-3191-CW (PR) Douglas v. Warden of San Quentin State Prison, et al

Dear Sir/Madam:

     Enclosed are copies of the complaint, order of service, and request for waiver of service in the above-captioned case that has been filed against SQSP employee(s) which I am sending to you for forwarding to the named defendant(s).  If you are unable to forward the documents, please return them to me with a cover letter explaining the circumstances of non-delivery; the documents should be mailed back to Clara Pierce, Clerk's Office, U.S. District Court, 1301 Clay Street, Suite 400S, Oakland, CA 94612.  **Please do not send the documents to the U.S. Marshal's Service.**

     If you have any questions, please feel free to contact me at (510) 637-3535.

     Thank you for your cooperation in this matter.

                                           Very truly yours,

                                           Clara Pierce

                                           Deputy Clerk

encls.