IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRYAN ANTHONY DOUGLAS, ) No. C 09-3191 LHK (PR)
)
      Plaintiff, ) JUDGMENT
)
vs. )
)
DR. BANKS, et al., )
)
      Defendants. )
)
_____ )

      Pursuant to the Court's Orders of April 25, 2011, and of today's date granting Salinas Valley State Prison ("SVSP") and San Quentin State Prison ("SQSP") Defendants' motions for summary judgment, judgment is hereby entered in favor of SVSP and SQSP Defendants and against Plaintiff. The Clerk shall close the file.

      IT IS SO ORDERED.

DATED: _____

                                            LUCY H. KOH
                                            United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.09\Douglas191jud.wpd